UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven J. Wilcox,

                Plaintiff,        Case No. 14-cv-11317
                                          Hon. Judith E. Levy
v.                                            Mag. Judge Paul J. Komives

Charles H. Spiekerman and Nancy
K. Spiekerman,

                Defendants.

_____/

**ORDER CERTIFYING THAT APPEALS OF THIS COURT'S ORDERS [11, 13] ARE NOT TAKEN IN GOOD FAITH**

On July 11, 2014, the Court issued an order dismissing plaintiff's complaint. (Dkt. 11.) On July 24, 2014, plaintiff filed a motion for reconsideration of that order. (Dkt. 12.) On August 6, 2014, the Court issued a second order denying the motion for reconsideration. (Dkt. 13.)

On review of those orders, the Court neglected to certify whether an appeal of those orders would be taken in good faith pursuant to Fed. R. App. P. 24(a)(3)(A). At this time, the Court certifies that an appeal would not be taken in good faith, as both the applicable statute, 28 U.S.C. § 1963, and applicable Sixth Circuit precedent establish that

plaintiff lacks any viable cause of action in federal court, and plaintiff has failed to state any other claim over which this Court could have jurisdiction.

Dated: January 9, 2015  　　　　s/Judith E. Levy
Ann Arbor, Michigan 　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 9, 2015.

　　　　　　　　　　　　　　　　s/Felicia M. Moses
　　　　　　　　　　　　　　　　FELICIA M. MOSES
　　　　　　　　　　　　　　　　Case Manager